# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**LYLE R. MILLER,**

    **Plaintiff,**

v.           Case No. 06-2399-JAR-DJW

**UNION PACIFIC RAILROAD, et al.,**

    **Defendants.**

## ORDER

The Court hereby grants Ryan C. Fowler's Motion to Withdraw (doc. 71). Ryan C. Fowler is hereby withdrawn as counsel for Defendant and Cross-Claimant Waste Management of Kansas, Inc. Lynn W. Hursh and Carlton D. Callenbach remain as counsel for Waste Management of Kansas, Inc.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 17th day of March 2008.

              s/James P. O'Hara
              James P. O'Hara
              U.S. Magistrate Judge

cc:  All counsel and *pro se* parties